# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JULIO MANUEL PEREZ,**

    **Plaintiff,**

v.                                                       Case No. 4:24-cv-364-AW-MJF

**M. COMERFORD, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with court orders, has not prosecuted the case, and has not objected to the magistrate judge's report and recommendation (ECF No. 17), which recommends dismissal for those reasons. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders and failure to prosecute." The clerk will then close the file.

SO ORDERED on May 27, 2025.

                                                  s/ *Allen Winsor*
                                                  United States District Judge